

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00179-CV

| | | |
|---|---|---|
| TRANSITIONAL HOSPITALS CORPORATION OF TEXAS, INC. D/B/A KINDRED HOSPITAL-TARRANT COUNTY, AND KINDRED HEALTHCARE OPERATING, INC., Appellants | § § § § § | On Appeal from the 96th District Court of Tarrant County (096-308076-19) July 15, 2021 |
| V. | | Memorandum Opinion by Chief Justice Sudderth |
| MARTHA ALEXIS MCCUE ON BEHALF OF WILLIAM JOHNSON, Appellee | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth